IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) MARK RAYMOND, an Individual,

    Plaintiff,

v.

(1) AMERICAN MERCURY INS. CO., a Foreign Corporation,

    Defendant.

Case No. 20-cv-00122-JED-CDL

## NOTICE OF MATTER UNDER ADVISEMENT

COMES NOW the Plaintiff, Mark Raymond, and hereby advises the Court Defendant's *Motion to Dismiss*, Dkt. # 7, has all been pending over ninety (90) days and that the same is fully briefed and ripe for hearing and decision by the Court.

### RELEVANT PROCEDURAL POSTURE

1. Plaintiff filed the instant lawsuit claiming on March 25, 2020. *See* Complaint, Dkt. # 2.

2. Defendant filed its *Motion to Dismiss* on April 28, 2020, and the same was fully briefed on June 4, 2020. *See* Motion, Dkt. # 7, Response, Dkt. # 11, Reply, Dkt. # 15, Corrected Reply, Dkt. # 18.

3. After Defendant objected to participating in discovery while its *Motion to Dismiss* was pending, the Court stayed discovery pending determination of the same. Dkt. # 39.

4. On November 3, 2021, the Court referred the *Motion to Dismiss* to Judge William Young for disposition. Dkt. # 41.

5. On June 21, 2022, Plaintiff filed his *Notice of Supplemental Authority* advising the Court of the recent Oklahoma Supreme Court decision in *Coates v. Progressive*, 2022 OK 45. Dkt. # 43.

6. Plaintiff respectfully advises that if the Court believes a hearing would be helpful given the issues in this case, Plaintiff is willing and able to travel to Boston for the same.[1]

Respectfully submitted,

S<small>MOLEN</small> | L<small>AW</small>, <small>PLLC</small>

/s/Lawrence R. Murphy, Jr.
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA # 22619
Lawrence R. Murphy, Jr. OBA #17681
611 S. Detroit Ave. Tulsa, OK 74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
don@smolen.law
laura@smolen.law
larry@smolen.law

*Attorneys for Plaintiffs*

---

[1] Plaintiff's counsel will make himself available on any of the following dates:

https://www.mlb.com/redsox/tickets/single-game-tickets

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2022, I caused the foregoing to be submitted to the Clerk of Court using the ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record herein.

/s/Lawrence R. Murphy, Jr.