## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Mark Raymond,**<br><br>                    **Plaintiff(s),**<br><br>vs.<br><br>**American Mercury Insurance Company,**<br><br>                    **Defendant(s).** | **Case No.: 4:20-cv-122-JFH-CDL** |

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

Before the Court is the Plaintiff's Unopposed Motion to Strike the Settlement Conference (Dkt. # 69) in which the Plaintiff seeks to strike the Settlement Conference presently set on May 5, 2023, before Adjunct Settlement Judge Steven A. Broussard. The Court finds that the Motion should be and is hereby **GRANTED** in part and **DENIED** in part. The Settlement Conference set on May 5, 2023 is hereby stricken and reset for **November 1, 2023 at 9:30 a.m.**

**IT IS THEREFORE ORDERED AS FOLLOWS:**

Plaintiff's Settlement Conference Statement is due by October 18, 2023;

Defendant's Settlement Conference Statement is due by October 25, 2023;

Settlement Conference Rescheduled for **November 1, 2023 at 9:30 a.m.**

**IT IS FURTHER ORDERED THAT** all mandatory guidelines set forth in the Court's original Settlement Conference Order (Dkt. # 68) shall remain in effect.

**ORDERED** this 20th day of April, 2023.

_Christine D. Little_
Christine D. Little, U.S. Magistrate Judge