# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Mark Raymond, | | |
| | Plaintiff, | Case No.:     20-cv-122-JFH-CDL |
| vs. | | Proceeding:  Motion Hearing Dkt #99 |
| | | Date:          12/11/2024 |
| | | Time:          9:00 a.m. |
| American Mercury Insurance Company, | | |
| | Defendant. | **MINUTE SHEET** |

Christine D. Little, U.S. Magistrate Judge     T. Calico, Deputy Clerk          Magistrate Courtroom 2

Counsel for Plaintiff:   Dustin Vanderhoof;

Counsel for Defendant: Amy Bradley-Waters

Minutes: Case called for Motion hearing; Motion hearing held; Motion to Compel [Dkt #99] is granted

Court Time 9:00 – 9:08